```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

KIM M. LIRETTE                  *          CIVIL ACTION

VERSUS                          *          NO: 05-2132

SUPERIOR ENERGY SERVICES,       *          SECTION: "D"(4)
INC. AND T.E. MARINE, INC.
```

### ORDER AND REASONS

Before the court is the **"Motion for Summary Judgment"** filed by Defendant/Cross-Claimant/Cross-Defendant/Defendant-in-Intervention, Superior Energy Services, Inc. (Superior). Defendant, T.E. Marine, Inc., filed a memorandum in opposition, which Plaintiff, Kim M. Lirette, adopted. The motion, set for hearing on Wednesday, December 5, 2007, is before the court on briefs, without oral argument.

Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that there are genuine issues of material fact regarding Plaintiff's Jones Act negligence claims asserted against Superior. Further, while it appears from the record that it is a closer call as to Plaintiff's unseaworthiness claims asserted Superior's vessel, the M/V SUPERIOR

LEGACY, the court finds that there are also genuine issues of material fact and Superior is not entitled to judgment as a matter of law.  Finally, the court finds that while Superior also seeks summary judgment dismissal of a purported maintenance and cure claim made by Plaintiff, the court finds that Plaintiff has not pled a maintenance and cure claim in this matter.

Accordingly;

**IT IS ORDERED** that to the extent that Superior seeks summary judgment dismissal of Plaintiff's Jones Act negligence claims and unseaworthiness claims against Superior and the M/V SUPERIOR LEGACY, , Superior's motion is **DENIED**.  Further, to the extent that Superior seeks summary judgment dismissal of T.E. Marine's cross-claim and the intervention claim of Plaintiff's former spouse, Superior's motion is **DENIED**.  Finally, to the extent that Superior seeks dismissal of a non-existing maintenance and cure claim, Superior's motion is **DENIED AS MOOT**.

New Orleans, Louisiana, this **6th** day of **December**, **2007**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE